MIP

FILED
08 AUG 22 AM 12:49
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

'08 MJ 2595

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Docket No. |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| Vicente GUTIERREZ-Robles, | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **June 9, 2008** within the Southern District of California, defendant, **Vicente GUTIERREZ-Robles,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Murry T. Streetman
FBI Special Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **22nd** DAY OF **AUGUST 2008.**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Vicente GUITERREZ-Robles

# PROBABLE CAUSE STATEMENT

On January 27, 2008, Border Patrol Agents arrested a subject as the driver of a load vehicle containing two undocumented aliens. During a post-Miranda interview, the subject provided intelligence on several individuals involved in alien smuggling activities. The cooperating principal stated "Pulga" is an alien smuggler who lives in a first floor apartment at 4231 Logan Avenue, San Diego, California. Based on the description provided by the cooperating principal, agents determined the apartment where "Pulga" resides to be Apartment A.

A mail cover conducted on 4231 Logan Avenue, San Diego, California during the month of January 2008, revealed a Western Union mailing addressed to Vicente GUTIERREZ, 4231 Logan Avenue, Apartment A, San Diego, California 92113.

On June 9, 2008, Border Patrol Agents (BPA) and Federal Bureau of Investigation (FBI) Special Agents conducted surveillance at the 4231 Logan Avenue residence. During the course of the surveillance, agents recorded on video tape observations of an individual who matched the physical characteristics of Vicente GUTIERREZ-Robles, exiting the proximity of 4231 Logan Avenue, Apartment A, San Diego, California. A comparison of the video footage was analyzed with photographs retrieved from Department of Homeland Security Databases on previous arrest of Vicente GUTIERREZ-Lopez. Agents determined the video footage and photographs were of the same subject.

On August 15, 2008, BPA and FBI Agents conducted a consensual search of an apartment unit found within San Diego, California. Inside the apartment several individuals were arrested after being determined to be illegally in the United States. When questioned about smuggling arrangements, one of the illegal aliens identified as Norma HERNANDEZ, stated she was smuggled into the United States on or about July 2008 by an unknown Hispanic female. HERNANDEZ stated she knows that the unknown female works for an individual that goes by the moniker of "Pulga." HERNANDEZ agreed to accompany the agents to the area of the 4231 Logan Avenue address. HERNANDEZ identified the bottom unit of the 4231 Logan Avenue apartment complex as the place where "Pulga" resides. Based on the identification provided by HERNANDEZ, agents determined the apartment where "Pulga" resides to be Apartment A.

Record checks and a review of the defendant's official alien immigration record indicate that he is a citizen and national of Mexico, previously deported to **Mexico on June 6, 2006** through **San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

Based on the foregoing there is probable cause to believe that Vicente GUTIERREZ-Lopez, aka; Pulga has illegally re-entered the United States after deportation in violation of Title 8 of the United States Code, Section 1326, deported alien found in the United States.