*MIP*

**NOT FOR PUBLIC VIEW**

AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____

**FILED**

2008 AUG 28  AM 10: 42

CLERK U.S. ...
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Vicente GUTIERREZ-Robles

Case Number:

**WARRANT FOR ARREST** *KNH*

*DEPUTY*

**08 MJ 2595**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___

Vicente GUTIERREZ-Robles

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

Deported alien found in the United States

in violation of Title  8 _____ United States Code, Section(s)  1326 - Deported alien found in the United States

Name of Issuing Officer  **BARBARA L. MAJOR**
**U.S. MAGISTRATE JUDGE**

Signature of Issuing Officer

Title of Issuing Officer

Date and Location  8/22/08    **SAN DIEGO, CALIF.**

| RETURN |
| --- |
| This warrant was received and executed with the arrest of the above-named defendant at |

4231 Logan Avenue, San Diego, CA

| DATE RECEIVED 8/22/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 8/26/08 | Luis Rivera, SDA | |

FILED IN ADVANCE BY SIG.

PR 0808-0938                    WF