MIP

**NOT FOR PUBLIC VIEW**

®AO 442   (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____

FILED
SEP - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

1560818

UNITED STATES OF AMERICA

V.

Vicente GUTIERREZ-Robles

**WARRANT FOR ARREST**

Case Number: '08 MJ 2595

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Vicente GUTIERREZ-Robles
                                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Pretrial Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

DATE ARRESTED 8/26/08 BY FBI SA STEVEN C. STAFFORD
ACTING U.S. MARSHAL S/CA Maria Hernandez SO

charging him or her with   (brief description of offense)

Deported alien found in the United States

in violation of Title   8   United States Code, Section(s)   1326 - Deported alien found in the United States

RECEIVED
2008 AUG 22 PM 3:56
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

**BARBARA L. MAJOR**
Name of Issuing Officer

**U.S. MAGISTRATE JUDGE**
Title of Issuing Officer

/s/ Barbara L. Major
Signature of Issuing Officer

8/22/08   **SAN DIEGO, CALIF.**
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS II 'J'     FBI     0301 (Deported alien found in US)